IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAFIYQ DAVIS,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | **NO. 13-6973** |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 20th day of July, 2015, upon consideration of Defendant's "Motion for Summary" (Doc. No. 35), and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED.**

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the Defendants. The Clerk of Court is directed to mark this matter **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**